IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO ABREU ACEVES,

      Petitioner,                No. CIV S-08-1409 EFB P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

      Respondents.           ORDER
_____/

      Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. This case is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

      On March 26, 2009, the court dismissed petitioner's original application, explained the deficiencies and granted petitioner twenty days in which to file an amended petition curing those deficiencies. The order cautioned petitioner that failure comply with the order would result in dismissal of this action without prejudice to filing a civil rights action.

      The 20-day period has expired and petitioner has not filed an amended application for writ of habeas corpus or otherwise responded to the court's March 26, 2009, order.

////

1

1    Accordingly, it is hereby ORDERED that this action is dismissed without prejudice.

2    Dated: April 29, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE